James Reif  (JR2974)
GLADSTEIN, REIF & MEGINNISS, LLP
817 Broadway, 6th Floor
New York, New York 10003
(212) 228-7727

Attorneys for Defendant T.W.U. Local 100

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
**AINSLEY STEWART,**

**Plaintiff,**

-versus-

**No. 06 Civ. 1743 (RJS)**

**TRANSPORT WORKERS UNION OF**
**GREATER NEW YORK, LOCAL 100,**
**TRANSPORT WORKERS UNION OF**
**AMERICA, AFL-CIO,**

**Defendant.**

**NOTICE OF MOTION**

-----------------------------------------------------------x

     **PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 50 and/or 59

and upon the annexed Declaration of James Reif dated July 21, 2009, Defendant T.W.U.

Local 100's Memorandum in Support of Motion for Post-Verdict Relief Pursuant to Fed.

R. Civ. P. 50 and/or 59 and all pleadings and proceedings heretofore had herein,

defendant will move this Court before the Hon. Richard J. Sullivan at the United States

Courthouse, Courtroom 21C, 500 Pearl Street, New York, New York 10007, on a date

and at a time to be determined by the Court for the following relief:

        a. an Order granting judgment to defendant as a matter of law, and/or

directing a new trial, on the remaining causes of action; and

        b. such other and further relief as the Court deems just and appropriate.

Dated:  July 21, 2009

                                         Yours, etc.,

                                         GLADSTEIN, REIF & MEGINNISS, LLP

                                         By:  _____
                                                 James Reif (JR2974)
                                         817 Broadway, 6th Floor
                                         New York, New York 10003
                                         (212) 228-7727

                                         Attorneys for T.W.U. Local 100

To:     Louie Nikolaidis
          Lewis, Clifton & Nikolaidis, P.C.
          275 Seventh Avenue, Suite 2300
          New York, New York 10001

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system on July 21, 2009 will be sent electronically to the registered participants as identified on the notice of electronic filing.

/s/    Thomas Curtin
Thomas Curtin