SULLIVAN, ST

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 7/13/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
AINSLEY STEWART,

                        Plaintiff,

              -versus-                          No. 06 Civ. 1743 (RJS)

TRANSPORT WORKERS UNION OF
GREATER NEW YORK, LOCAL 100,
TRANSPORT WORKERS UNION OF
AMERICA, AFL-CIO,

                                                              STIPULATION AND
                        Defendant.                         ORDER
-------------------------------------------------------------x

        IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Ainsley Stewart and defendant T.W.U. Local 100, per their respective undersigned attorneys, that this action shall be and is dismissed with prejudice.

Dated:    New York, New York
          July ~~June~~ 9, 2010

LEWIS, CLIFTON & NIKOLAIDIS, P.C.        GLADSTEIN, REIF & MEGINNISS, LLP

By: _____        By: _____
     Louie Nikolaidis (LN5979)                              James Reif (JR2974)
350 Seventh Avenue, Suite 1800               817 Broadway, 6th Floor
New York, New York 10001                        New York, New York 10003
(212) 419-1500                                           (212) 228-7727

Attorneys for Plaintiff                               Attorneys for Defendant

So ordered.

_____               Dated: 7/12/10
       U.S.D.J.